Jessica M. Brink
8 Gordon Court
Port Monmouth, NJ 07758
(732) 492-4690
jessb11@me.com

| | |
|---|---|
| JESSICA M. BRINK<br><br>Plaintiff,<br><br>v.<br><br>JOHN BORMANN, individually and in his official capacity as Superintendent and Chief Administrative Officer of the Rumson School District; MARIA MONTANEZ, individually and in her official capacity as School Nurse in the Rumson School District; BOARD OF EDUCATION OF RUMSON IN THE COUNTY OF MONMOUTH, a body politic and corporate.<br><div style="text-align:right">Defendants.</div> | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>DOCKET NO.: 3:23-cv-00497-ZNQ-DEA<br><br>Civil Action<br><br>**MOTION FOR DEFAULT JUDGMENT** |

PLAINTIFF Jessica M. Brink moves this Honorable Court for an Order of Default Judgment stating in support:

1. A complaint was filed herein on the 26th day of January 2023.

2. On 14 March 2023 Defendants Bormann and Board of Education of Rumson were served by private service with the Clerk's Summons and a copy of the Complaint in this case, as the Return of Service Affidavit will show.

3. On 23 March 2023 Defendant Montanez was served by private service with the Clerk's Summons and a copy of the Complaint in this case, as the Return of Service Affidavit will show.

4. As of the date hereof, Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

WHEREFORE plaintiff moves this Honorable Court to enter an Order of Default Judgment, granting such relief as the circumstances warrant, including a Writ of Execution so Plaintiff may proceed against Defendants' non-exempt assets real and personal to satisfy the Judgment.

Respectfully submitted on this 14th day of May 2023,

*Jessica M. Brink*
_____
Jessica M. Brink
Pro se
8 Gordon Court
Port Monmouth, NJ 07758
(732) 492-4690
jessb11@me.com

## CERTIFICATE OF SERVICE

UNDER PENALTIES OF PERJURY the undersigned certifies that a copy of the foregoing was provided to Michael A. Pattanite, Jr. Esq. by electronic mail at mpattanite@lenoxlaw.com, and by regular U.S. mail at 136 Franklin Corner Road, St. 2B Lawrenceville, NJ 08648 this 14th day of May 2023.

*Jessica M. Brink*
_____
Jessica M. Brink
Pro se
8 Gordon Court
Port Monmouth, NJ 07758
(732) 492-4690
jessb11@me.com

State of Texas, County of Harris
BEFORE ME personally appeared Jessica M. Brink who, being by me first duly sworn and identified in accordance with law, did execute the foregoing under penalties of perjury in my presence this __14__ day of ___May___ 2023.

*Ana Laura Salazar Uribe*
_____
NOTARY PUBLIC
My Commission expires: October 11, 2026

ANA LAURA SALAZAR URIBE
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID: 131757026
COMISSION EXP: OCT 11, 2026

Document Notarized using a Live Audio-Video Connection