UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSICA M. BRINK**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN BORMANN**, *et al.*, <br><br> Defendants. | Civil Action No. 3:23-cv-00497 (ZNQ) (DEA) <br><br> **ORDER** |

<u>**QURAISHI, District Judge**</u>

**THIS MATTER** having been opened to the Court upon a Motion for Default Judgment filed by *pro se* Plaintiff Jessica M. Brink ("Plaintiff") (ECF No. 11), and upon the Cross-Motions of Defendants John Bormann, Maria Montanez, and Board of Education of Rumson (together "Defendants") to vacate default (ECF No. 13), and to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 12). For the reasons set forth in the accompanying Memorandum Opinion and for good cause shown,

**IT IS** on this 25th day of September 2023,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 11) is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Vacate Default (ECF No. 13) is **GRANTED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 12) is **GRANTED**; the Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may file an amended complaint consistent with the Court's Memorandum Opinion within thirty (30) days of this Order's filing; and it is further

**ORDERED** that failure to file an Amended Complaint by the deadline will result in the dismissal of this matter with prejudice; and it is further

**ORDERED** that the Clerk's Office is hereby instructed to ADMINISTRATIVELY TERMINATE this matter pending the submission of an Amended Complaint.

/s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**